Mason Therriault

I would like to start a lawsuite against the Groveton Pd., Specifically officer Lockheart, Woodworth and there was another one that started with an A. Anderson maybe? or Gibson? My sister knows.

When I was a kid they would arrest me over and over. They never had a warrent or probable cause. It cost me my entire colledge fund and I never had the chance to go because I'm on SSI because I can't do physical jobs. They also beat me very badly when I was 16. They did not have a warrent or probable cause or even a reason to speak to me but this is what they did, every so often they would arrest me for no reason and I was getting tired of it. when they saw me they came up to me and said I was under arrest even though I hadn't done anything. I had recently learned that they have to say why I was under arrest so I asked them. Lockheart ignored my question and grabbed me and threw me to the ground. He then smashed my head into the pavement repeatedly and kneeled on my head after. I was bleeding heavily but they didn't care. They threw me into the side of the ~~car~~ police car and smashed me off the hood several times getting blood all over it. Then when we got to the pd. they left me in the car and went to the parking lot to talk.

Because I had not been told what was happening or why they arrested me or why they were beating me I was afraid. So I kicked the cruiser window out

2.



So I could run to seek help as I knew what they were doing was illegal. I didn't do it fast enough though and lockheart started beating me again. After that they brought me into the pd and started beating me again and were also repeatedly pulling my arms up when I was cuffed behind the back to hurt me. There were no charges, they called my mom and she came to get me. Later I was told it had gotten a charge for resisting arresst. So when they came to get me and the entire time they were beating me and cuffed me and brought me to the pd I was not under arrest for anything. And was only 16. They didn't bring up any crimes, they had no questions about anything, they just tracked me down to beat me up.

Some people who lived near by saw the whole thing from their window and they contacted my mom and wrote statements to provide evidence that I had not done anything and they started beating me without cause. But because the pd and court is corrupt and always has been the judge Bornstien threw the statements out so it would not proven in court and it would be their word against mine. He didn't even care that you can't be arrested for resisting arrest when you are not under arrest. Again, this is because he is corrupt. I will also need a case against Bornstien because he presided on all my illegal, fake cases.

I have wittnessed woodworth beating up a 12

year old child, Doolan. I told him to stop and he did. It was behind a building, he did a leg sweep while pushing him after he slamed him into a wall. I also saw him beating up another minor but I can't remember his name.

Everytime they arrested me it was without cause. Usually I would have a small amount of weed on me or a pipe but obviously they didn't know that before hand. They would just see me walking and pull over and arrest me without a warrent and searched me. When I didn't have anything on me they would make something up, usually tresspassing or theft. They would say they "found my fingerprints" at the scene. I'd say they were lying and they would ask how they knew they were lying, to which I would reply "because I was never there!" I know they had my fingerprints from arresting me at like 12-13 years old so I knew that because I was not there they had either planted them or lied about it entirely. Either way I had no way to defend myself. We all knew they were lying because they did it all the time.

I had to go to court over 12-times, maybe more, probably more, before I was even 18. It cost me 1,200 to 1,500 dollars everytime they did it. Even though I was a minor with no income I was told I either pay it or go to jail. It has caused me to be afraid of even being outside. It gave me ptsd. What they did to me ruined my life. I couldn't go to colledge, I was afraid of leaveing my house,

I was in debt and was constantly harassed by the Community. People would throw things at me, I was attacked several times, People would stop me in public and yell at me, people I didn't know; as a minor. And the police wouldnt do anything about it even when someone called them to get me help of their own ocord because of how bad it was.

My school did an I.Q. test and I was 4-points from being a genius but I was never allowed to do anything with it because of all the abuse from police and public alike. There was one time I acually did commit a theft becawse my mom had just told me I wouldn't be able to go to Collegde anymore because everything we'd been saveing was gone.

One time I missed one day of school out of the entire year because I was sick. The school called the police and sent them to our house. He found me on the couch, sick. Yet he arrested me for truancy and sent me to placement. Other kid's don't get sent to placement for being sick and missing one day of school so why was I? It was simply because the police wanted to ruin my life, so they did and the court - I.E. Judge Bornstien allowed them to do it even when the right course of action would have been to fire the policeman.

Every time they saw me they would put me in cuffs, search me and make up a charge for something. I even found out later that everytime they told me thy found my prints that there was acually no record of that acually happening. And if

Someone went to court for nothing but resisting arrest, as a minor, with no warrent for arrest, it would have been thrown out and investigated. But Judge Bornstien and the graveton pd never cared about law or truth or protecting minors from felony abuse.

It gave me a bad name in town. Everytime a crime happened in town they would arrest me and say whatever lies required to make it look legitamite. Sometimes they would search my house but they only did it once or twice because they never found anything illegal and it threatened to expose them for the abuse if they kept arresting me without evidence so they would just say I did it and make up a story.

Judge Bornstien should have stopped it and had many chances to do so but he wouldn't. He has been predudace towards me since I was like 14 years old. Then right before he retired he put me in prison by denying me due process while keeping me in preventative dentention to make sure he put me in prison before he retired. Then after that we had a suppresion hearing about how the police barged into my home at 11pm with guns drawn and aimed at me when all they had was a knock warrent. I couldn't go because the warden in Berlin used his administrative powers to put me in suicide watch because "my room was ~~dirty~~ a mess". The mess he was reffering to was the legal work I had out and was working on. Bornstien refused to reschedule even though my lawyer and the prosecutor asked to wait for me. But that was probably just for show the cheif of police Pellitier admitted that they did

this, came in armed and without knocking or anouncing untill after they breached and had me at gun point. At that moment Bornstien should have granted the suppresion but he denied it in the end even though it was an illegal order. These are not bendable rules and he broke them all to keep me in prison, probably because I was denied due process and was not allowed to turn in evidence at all. If I got the suppresion and/or did not get preventative detention on a first offense with no evidence of guilt then people were going to get in trouble because there are 26 or so other laws that they broke to do this to me. Includeing - hideing evidence, destroying evidence, altering wittness testimoney, ignoreing immedeate evidence of someone elses guilt who was already know for doing such things and had concrete proof it was him and made more sense and matched the time line better, ordering an autopsy but not publishing the results. And then there was all the other stuff, suppresing me, denying due process and all that.

My incarseration right now is in fact by the standards of law illegal but every court I go to refuses to let me present evidence. I'm illegaly being denied parole when I'm 2-years over my minimum because the court and prison work together to keep me here. Includeing makeing me miss that hearing. The prison has destroyed evidence I needed to prove the court and police knew I hadn't done the crime so they broke all these rules to put me in prison for it. They block my legal mail and call's, I still can't make legal call's. And everytime I report it to the court they ignore it and everytime I get paperwork replaced

they take it away from me again. The prison has been holding all my legal work on me for over 2-months now so they have probably gone through it and took it all again and now the court has destroyed all the evidence too. They hate me so much the police took not just my phone but both my tablets too which they only needed my phone. Then when they found no evidence on any of it they "destroyed" it all. Thats alot of money just thrown out on me for no reason other than presudace. I can't afford to replace them and now I'm over 20,000 dollars in debt because my public defender allowed them to suppress me and then went to the hearings saying that I was guilty. My own lawyer, just kept saying "I wasn't denying it" "He's guilty and is looking to plea" and refused to let me get an expert, which I needed at least two- one medical and one for the phone. So I had to fire them. Then when I realized all the legal work I was sending into the court myself was either dissapearing or being found moot for no given reason I had to hire my own lawyer who told me that what they were doing was wrong and he'd start right away as soon as I sent the money. But as soon as he got it he stopped answering my call's and at our first hearing said that I was guilty and wanted to plea. I tried to fire him too but he refused to be fired and threatened me. He told me I had to plea guilty within 48-hours or he was going to feed information to the prosecutor. He said he could get them to add more charges and no lawyer would take me after fireing 2 in a row and that without one the court

Would just go back to ignoreing me.

Appearently in New Hampshire you can't Sue a lawyer, you have to mail the lawyer disclipinary service who have ignored all my letters for the past two years. Probably because if my Case ever gets litigated or reviewed its going to reveal all of this stuff. Which is why Bornstien would make my statements and complaints and motions dissapear. Some of them he would deny or find moot but it was always done without addressing the dozens of legal issues I brought up about my case and how its illegal and I need to be released. The evidence they had on record for my case proves my case against them and proves they knew - 1. It was not me 2. Exactly who did it, when they did it and where they did it.

When I get the third officers name from my Sister I will adend it.

Mason Therriault 86237
Po Box 14
Concord, NH 03301

8438

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 03301 $ 001.07[0]
02 7W
0008036834 OCT 12 2026

District court District of NH
55 Pleasant St
Concord, NH 03301

USMS SCREENED

*"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance.*

legal mail